Alan Johnston (ISBN 7709)
MURRAY ZIEL & JOHNSTON, PLLC
770 South Woodruff Avenue
Idaho Falls, Idaho 83401
Telephone: (208) 528-4188
Facsimile: (208) 524-2051
Email: alan@murrayziel.com

Attorneys for Defendant JAMES COLTON GIANNELL

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JAMES COLTON GIANNELL,<br><br>    Defendant. | Case No. CR-20-189-E-DCN<br><br>**DEFENDANT'S THIRD MOTION TO CONTINUE SENTENCING** |

COMES NOW the Defendant, James Colton Giannell, by and through his attorney of record, Alan Johnston of the law firm Murray, Ziel, & Johnston, PLLC, and moves the Court for an order continuing the sentencing of Mr. Giannell presently scheduled for May 31, 2022 at 10:00 a.m.

1.  Counsel for the Defendant has objections to make to the presentence investigation report, and desires to give notice of his intent to request a variance. However, due to a calendaring issue, and a number of matters being due at once, counsel was unable to timely file his objections and notice.

2.  Counsel was waiting to receive the Psychosexual Evaluation that was required as part of sentencing before making his objections. While this was received prior to the time the

objections were due, there was not adequate time with counsel's other obligations at the time to complete all matters before him.

3.      Specifically, in the weeks prior to the due date for objections to the PSR, counsel for the Defendant submitted a lengthy brief to the Idaho Supreme Court on an expedited appeal, briefing on other criminal matters before this Court, and a court trial.  While counsel would have liked to have completed all matters timely, the imposed deadlines were simply not all possible to meet.

4.      Counsel for the Defendant has discussed this request with both Mr. Giannell and counsel for the Government, both of whom have indicated that they have no objection.

5.      Counsel has been actively working on his objections and notice of intent to seek a variance, and is confident that the same can be filed soon.  Therefore, a lengthy continuance is not needed.

6.      This is Mr. Giannell's third request to continue his sentencing.

WHEREFORE, Mr. Giannell respectfully requests that the sentencing presently scheduled for May 31, 2022 at 10:00 a.m. be continued.

DATED THIS 11th day of May, 2022.

MURRAY ZIEL & JOHNSTON, PLLC

_____/s/_____
ALAN JOHNSTON
Attorney for Defendant

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT, I caused a true and correct copy of the foregoing DEFENDANT'S THIRD MOTION TO CONTINUE SENTENCING to be electronically filed with the Clerk of the Court and using the CM/ECF system, which sent a Notice of Electronic Filing to the following persons:

JOHN SHIRTS, ESQ
U.S. ATTORNEY'S OFFICE
801 Sherman, Ste. 192
Pocatello, ID 83201


/s/
ALAN JOHNSTON
Attorney for Defendant